IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBIN M. GEARHART, )
          Plaintiff, )
           )
vs. ) Civil Action No. 12-1828
           ) Judge Mark R. Hornak
           ) Magistrate Judge Maureen P. Kelly
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security Administration, )
          Defendant. )

## **ORDER**

AND NOW, this 13th day of November, 2013, after the Plaintiff, Robin M. Gearhart, filed an action in the above-captioned case, and after Motions for Summary Judgment [ECF No. 10] & [ECF No. 13] were filed by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until November 1, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Plaintiff [ECF No. 10] is denied.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Defendant [ECF No. 13] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record Via CM-ECF